UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GILBERT JOSEPH CARRASCO,
Institutional ID No. 60530-177

              Plaintiff,

v.

ANN MARIE BELL, *et al.*,

              Defendants.

No. 5:23-CV-00192-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) & (iii).

Dated October 24, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge